IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEZBULLAH KAZIMI, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 24-340E |
| ) | |
| v. ) | JUDGE SUSAN PARADISE BAXTER |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY ("DHS"); ) | |
| ALEJANDRO MAYORKAS, in his official) | |
| capacity as Secretary of DHS; ) | |
| U.S. CITIZENSHIP AND IMMIGRATION ) | |
| SERVICES ("USCIS"); UR MENDOZA ) | |
| JADDOU, in his official capacity as ) | |
| Director of USCIS; TED H. KIM, in his ) | |
| official capacity as Associate Director of the) | |
| Refugee, Asylum and International ) | |
| Operations Directorate at USCIS; and ) | |
| RON ROSENBERG, in his official capacity) | |
| as Director of the USCIS Arlington Asylum) | |
| Office, ) | *(Electronic Filing)* |
| ) | |
| Defendants. ) | |

## MOTION TO POSTPONE HEARING

Defendants United States Department of Homeland Security; Alejandro Mayorkas; U.S. Citizenship and Immigration Services; UR Mendoza Jaddou; Ted H. Kim; and Ron Rosenberg (collectively, "Defendants"), hereby file this Motion to Postpone Hearing.[1] Plaintiff filed a Motion for Preliminary Injunction (ECF No. 2), and this Court scheduled a hearing to address that Motion for January 8, 2025 (*see* ECF No. 5).

For the reasons in the accompanying brief, Defendants request that this Court grant the Motion and postpone the hearing, set for January 8, 2025, for at least an additional 30 days.

---

[1] The undersigned is still confirming representation for all Defendants, and, in order to preserve their rights, files this Motion on behalf of all Defendants.

Dated: December 31, 2024

        Respectfully submitted,

        ERIC G. OLSHAN
        United States Attorney

        */s/ Douglas Baker*
        DOUGLAS BAKER
        Assistant U.S. Attorney
        Western District of PA
        Joseph F. Weis, Jr. U.S. Courthouse
        700 Grant Street, Suite 4000
        Pittsburgh, PA 15219
        412-894-7422
        Douglas.Baker@usdoj.gov
        PA ID No. 318634

        *Counsel for Defendants*