IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEZBULLAH KAZIMI,<br>     Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY ("DHS"); ALEJANDRO MAYORKAS, in his official capacity as Secretary of DHS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); UR MENDOZA JADDOU, in his official capacity as Director of USCIS; TED H. KIM, in his official capacity as Associate Director of the Refugee, Asylum and Internation Operations Directorate at USCIS; and RON ROSENBERG, in his official capacity as Director of the USCIS Arlington Asylum Office,<br>     Defendants | Case No.: 1:24-cv-00340-SPB |

## ORDER

AND NOW, to-wit this _____ day of January, 2025, upon consideration of Plaintiff's Motion to Continue Hearing, it is ORDERED that said Motion shall be, and is hereby GRANTED.

The hearing on Plaintiff's Motion for Preliminary Injunction is scheduled for February ____, 2025 at ____ o'clock ____.m.

BY THE COURT,

_____
Susan Paradise Baxter, U.S.D.J.