IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEZBULLAH KAZIMI, )<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, et al, )<br>    Defendants. ) | Civil Action No. 1:24-cv-340 |

## O R D E R

AND NOW, this 7th day of January, 2025, upon consideration of Plaintiff's Motion to Continue Hearing, ECF No. [16], is hereby ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for February 11, 2025 at 10:00 a.m. is rescheduled for **February 7, 2025 at 1:00 p.m.** in Courtroom A, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

AND, IT IS FURTHER ORDERED that Plaintiff shall served a copy of this Order upon each Defendant or their attorneys immediately.

                                                                                   s/Susan Paradise Baxter\_\_\_\_\_
                                                                                   SUSAN PARADISE BAXTER
                                                                                    United States District Judge