🇺🇸 An official website of the United States government  Here's how you know                                  Listen to this page



Menu

Select language ⌄                              |                              Find a Federal Court

Home    |    Court Programs

# Federal Court Interpreters

**FCICE Exam Info**
The Federal Court Interpreter Certification Examination written phase will be administered May 5-19, 2025. Registration period: Feb. 3 – May 2, 2025.

The oral phase will be administered Aug. 4-18, 2025. Registration period: June 23 – August 1, 2025. Click here for more information.

The use of competent federal court interpreters in proceedings involving speakers of languages other than English is critical to ensure that justice is carried out fairly for defendants and other stakeholders.

The Court Interpreters Act, 28 U.S.C. §1827 provides that the Director of the Administrative Office of the United States Courts shall prescribe, determine, and certify the qualifications of persons who may serve as certified interpreters, when the Director considers certification of interpreters to be merited, for the hearing impaired (whether or not also speech impaired) and persons who speak only or primarily a language other than the English language, in judicial proceedings instituted by the United States.

National Court Interpreter Database



EXHIBIT
A

The NCID is used by the federal courts for contact information when in need of contract court interpreting services.

# Types of Interpreters

The Administrative Office classifies three categories of interpreters:

- Federally certified interpreters
- Professionally qualified interpreter
- Language skilled interpreters

# Interpreter Qualifications

The professional knowledge, skills, and abilities required of a federal court interpreter are highly complex. Communication in courtroom proceedings may be more complex than that in other settings or in everyday life. For example, the parties involved may use specialized and legal terminology, formal and informal registers, dialect and jargon, varieties in language and nuances of meaning.

# Current Fees for Court Interpreters

**Federally Certified Interpreters**

Full-Day: $566

Half-Day: $320

Overtime: $80 per hour or part thereof

**Professionally Qualified Interpreters**

Full-Day: $495

Half-Day: $280

Overtime: $70 per hour or part thereof

**Language Skilled Interpreters (non-certified)**

Full-Day: $350

Half-Day: $190

Overtime: $44 per hour or part thereof

## Contract Court Interpreter Services

- [Purchase Order Terms and Conditions](#) (PDF)
- [BPA Terms and Conditions - Rate Sheet](#) (PDF)
- [Standards for Performance and Professional Responsibility](#) (PDF)

## Court Interpreting Guidance

- [Guide to Judiciary Policy, Vol 5: Court Interpreting](#)
- [Federal Court Interpreter Orientation Manual and Glossary](#) (PDF)

### Video

Learn about how a court interpreter supports the judiciary.

### Related Downloads

Purchase Order Terms and Conditions, August 2018
98.90 KB

BPA Terms and Conditions - Rate Sheet
212.41 KB

Federal Court Interpreter Orientation Manual and Glossary

1.09 MB

Standards for Performance and Professional Responsibility
8.75 KB

## Related Content

**Court Interpreting Guidance**

This guidance addresses the use of interpreters for participants in court proceedings who speak only or primarily a language other than English, or who are hearing-impaired or have communications disabilities.



**Court Programs**

Bankruptcy

Fees

Jury Service

| Federal Court Interpreters

    Interpreter Categories

    Federal Court Interpreter Certification Examination

    Interpreter Skills

National Court Interpreter Database (NCID) Gateway

Federal Court Reporting

Business Opportunities

Glossary of Legal Terms  |  Careers  |  FAQs  |  Contact Us



*This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.*

Privacy & Security Policy  |  Operating Status  |  Download Plug-Ins

# Subscribe to Updates

To receive updates, enter your email address and select the topics that interest you.

Submit