IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEZBULLAH KAZIMI,<br>　　　Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY ("DHS"); ALEJANDRO MAYORKAS, in his official capacity as Secretary of DHS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); UR MENDOZA JADDOU, in his official capacity as Director of USCIS; TED H. KIM, in his official capacity as Associate Director of the Refugee, Asylum and Internation Operations Directorate at USCIS; and RON ROSENBERG, in his official capacity as Director of the USCIS Arlington Asylum Office,<br>　　　Defendants | Case No.: 1:24-cv-00340-SPB |

## ORDER

　　AND NOW, to-wit this _____ day of January, 2025, upon consideration of Plaintiff's Motion to Approve Remote Translation Services and for the Preapproval of Cost Reimbursement, it is ORDERED that said Motion shall be, and is hereby GRANTED.

　　Mr. Samadey will be permitted to provide remote translation services at the February 7, 2025 Preliminary Injunction Hearing.

　　The Clerk is hereby directed to receipt the prepayment for the estimated translation expenses into the Court's deposit fund for future reimbursement.

2

BY THE COURT,

_____

Susan Paradise Baxter, U.S.D.J.

2