IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEZBULLAH KAZIMI,<br>    Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY ("DHS"); ALEJANDRO MAYORKAS, in his official capacity as Secretary of DHS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); UR MENDOZA JADDOU, in his official capacity as Director of USCIS; TED H. KIM, in his official capacity as Associate Director of the Refugee, Asylum and Internation Operations Directorate at USCIS; and RON ROSENBERG, in his official capacity as Director of the USCIS Arlington Asylum Office,<br>    Defendants | Case No.: 1:24-cv-00340-SPB |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the within Motion to Approve Remote Translation Services and for Preapproval of Cost Reimbursement was duly served on all counsel of record and unrepresented parties on the 8th day of January, 2025, by electronic means and/or by mailing same to them at their designated offices, first class United States mail, postage prepaid, or by personal service at their respective offices.

    United States Attorney Eric G. Olshan  
    17 South Park Row, Room A330  
    Erie, PA 16501

    Merrick B. Garland, Esquire  
    U.S. Department of Justice  
    950 Pennsylvania Avenue, NW  
    Washington, DC 20530

| | |
|---|---|
| United States Department of Homeland Security<br>Office of the General Counsel<br>MS 0485<br>Department of Homeland Security<br>2707 Martin Luther King, Jr. Ave. SE<br>Washington, DC 20528 | Ron Rosenberg<br>Arlington Asylum Office<br>1525 Wilson Boulevard, Suite 300<br>Arlington, VA 22209 |
| Ted H. Kim<br>Arlington Asylum Office<br>1525 Wilson Boulevard, Suite 300<br>Arlington, VA 22209 | Douglas Baker<br>Assistant United States Attorney ***via email* (douglas.baker@usdoj.gov) only**<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 |

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: */s/ Timothy D. McNair*
    Timothy D. McNair, Esquire
    821 State Street
    Erie, PA 16501
    (814) 452-0700
    (814) 454-2371 (fax)
    tmcnair@mcnairlaw.com

2