IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEZBULLAH KAZIMI, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 24-340E |
| ) | |
| v. ) | JUDGE BAXTER |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY ("DHS"); ) | |
| ALEJANDRO MAYORKAS, in his official ) | |
| capacity as Secretary of DHS; ) | |
| U.S. CITIZENSHIP AND IMMIGRATION ) | |
| SERVICES ("USCIS"); UR MENDOZA ) | |
| JADDOU, in his official capacity as ) | |
| Director of USCIS; TED H. KIM, in his ) | |
| official capacity as Associate Director of the ) | |
| Refugee, Asylum and International ) | |
| Operations Directorate at USCIS; and ) | |
| RON ROSENBERG, in his official capacity ) | |
| as Director of the USCIS Arlington Asylum ) | |
| Office, ) | *(Electronic Filing)* |
| ) | |
| Defendants. ) | |

**NOTICE OF ENTRY OF APPEARANCE**

TO:   Clerk of Court
      United States District Court
      Western District of Pennsylvania

AND NOW comes Douglas Baker, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters his appearance as lead counsel to be noticed for the Defendants, United States Department of Homeland Security; Alejandro Mayorkas; Ur Mendoza Jaddou; Ted H. Kim; and Ron Rosenberg, in the above-captioned case, in order to ensure that he receives electronic notice of all documents filed in this proceeding.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

*/s/ Douglas Baker*
DOUGLAS BAKER
Assistant U.S. Attorney
Western District of PA
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
412-894-7422
Douglas.Baker@usdoj.gov
PA ID No. 318634

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2025, a true and correct copy of the foregoing *Notice of Entry of Appearance* was served via CM/ECF and/or U.S. Postal Mail to and upon the following:

Phillip J. Seaver-Hall, Esquire
Knox, McLaughlin, Gornall & Sennet, P.C.
120 West Tenth Street
Erie, PA 16501

Timothy D. McNair, Esquire
Law Office of Timothy D. McNair
821 State Street
Erie, PA 16501

*Counsels for Plaintiff*

*/s/ Douglas Baker*
DOUGLAS BAKER
Assistant U.S. Attorney