IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEZBULLAH KAZIMI,<br>Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, et al,<br>Defendants | )<br>)<br>) Case No. 1:24-cv-340<br>)<br>)<br>)<br>)<br>) |

## SHOW CAUSE ORDER

AND NOW, this 22nd day of January 2025;

IT IS HEREBY ORDERED that the parties show cause, by January 28, 2025, why this case should not be dismissed for lack of jurisdiction in light of the settlement agreement in the class action *Ahmed v. DHS*, 4:23-cv-01892-JST (N.D. Ca. Sept. 11, 2023) (ECF No. 105).

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge