# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEZBULLAH KAZIMI, *Plaintiff*, v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, *Defendants*. | Civil Action No. 1:24-cv-00340 *(Electronic Filing)* |

## MOTION FOR ADMISSION *PRO HAC VICE* OF SHANE A. YOUNG

Shane A. Young, undersigned counsel for Defendants, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the Defendants pursuant to Local Civil Rule 83.2(B) and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches hereto the Affidavit for Admission *Pro Hac Vice* of Shane A. Young, which it is averred satisfies the requirements of the foregoing Local Rule and Standing Order.

Dated: January 23, 2025

Respectfully submitted,

/s/ *Shane A. Young*
Trial Attorney (DC Bar No. 1620020)
Department of Justice, Civil Division
Office of Immigration Litigation.
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: 202-532-4946
Fax: (202) 305-7000
Shane.A.Young@usdoj.gov
*Counsel for Defendants*