**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HEZBULLAH KAZIMI, | |
| *Plaintiff,* | Civil Action No. 1:24-cv-00340 |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | *(Electronic Filing)* |
| *Defendants.* | |

**[PROPOSED] ORDER GRANTING MOTION**
**FOR ADMISSION *PRO HAC VICE* OF SHANE A. YOUNG**

Having considered the Motion for Admission *Pro Hac Vice* of Shane A. Young, it is hereby

ordered that the Motion is **GRANTED**.  Mr. Young is admitted and may appear before this Court

in the above-referenced matter on behalf of Defendants.

Dated: _____                    _____

Hon. Judge Susan P. Baxter
United States District Court Judge