**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HEZBULLAH KAZIMI, | |
| *Plaintiff,* | Civil Action No. 1:24-cv-00340 |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | *(Electronic Filing)* |
| *Defendants*. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RUTH ANN MUELLER

Ruth Ann Mueller, undersigned counsel for Defendants, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the Defendants pursuant to Local Civil Rule 83.2(B) and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches hereto the Affidavit for Admission *Pro Hac Vice* of Ruth Ann Mueller, which it is averred satisfies the requirements of the foregoing Local Rule and Standing Order.

Dated: January 23, 2025

Respectfully submitted,

*/s/ Ruth Ann Mueller*
Senior Litigation Counsel (DC Bar No. 1617339)
Department of Justice, Civil Division
Office of Immigration Litigation,
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 598-2445
Fax: (202) 305-7000
ruth.a.mueller@usdoj.gov
*Counsel for Defendants*