UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEZBULLAH KAZIMI, *Plaintiff,* v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, *Defendants*. | Civil Action No. 1:24-cv-00340 *(Electronic Filing)* |

### AFFIDAVIT OF RUTH ANN MUELLER
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ruth Ann Mueller, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants pursuant to Local Civil Rule 83.2(B) and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Ruth Ann Mueller, do hereby declare as follows:

1. I am a Senior Litigation Counsel for the United States Department of Justice in the Civil Division's Office of Immigration Litigation.

2. My business address is P.O. Box 868, Washington, D.C. 20044.

3. I am a member in good standing of the Bar of the District of Columbia. I have also been conditionally/specially admitted in other district and appellate courts. My DC Bar number is 1617339.

4. A current certificate of good standing from the Bar of the District of Columbia accompanies this Affidavit.

5. I have no previous disciplinary proceedings against me.

1

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2025         /s/ Ruth Ann Mueller
                                Senior Litigation Counsel (DC Bar No. 1617339)
                                Department of Justice, Civil Division
                                Office of Immigration Litigation
                                P.O. Box 868, Ben Franklin Station
                                Washington, D.C. 20044
                                Tel.: (202) 598-2445
                                Fax: (202) 305-7000
                                ruth.a.mueller@usdoj.gov
                                *Counsel for Defendants*

                                *Counsel for Defendants*