UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEZBULLAH KAZIMI, *Plaintiff,* v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, *Defendants*. | Civil Action No. 1:24-cv-00340 *(Electronic Filing)* |

**[PROPOSED] ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE* OF RUTH ANN MUELLER**

Having considered the Motion for Admission *Pro Hac Vice* of Ruth Ann Mueller, it is hereby ordered that the Motion is **GRANTED**. Ms. Mueller is admitted and may appear before this Court in the above-referenced matter on behalf of Defendants.

Dated: _____

_____
Hon. Judge Susan P. Baxter
United States District Court Judge