# Ahmed v. DHS Public Status Report
## Table 1: Class Member Asylum Data
Date Range of Data: 2021-07-31 to 2024-12-28
Date Captured as of: 2024-12-28
Report Published as of: 2025 01-13



U.S. Citizenship and Immigration Services

| Reporting Requirement | Number | Percent |
|---|---|---|
| 3.1.1 (i) the total number of Class Member asylum applications received: | 21,662 | n/a |
| 3.1.1 (ii) the total number of Class Member asylum applications adjudicated: | 20,357 | n/a |
| 3.1.1 (iii) the total number of Class Member asylum applications that have been granted: | 19,605 | n/a |
| 3.1.1 (iv) the total number of Class Member asylum applications that have been denied: | 92 | n/a |
| 3.1.1 (v) the total number of Class Member asylum applications that have been administratively closed: | 656 | n/a |
| 3.1.1 (vi) the total number of Class Member asylum applications that have been referred to immigration court for defensive removal proceedings: | 4 | n/a |
| 3.1.1 (vii) the total number and percentage of Class Member asylum applications that are pending: | 1,305 | 6.0 |
| 3.1.1 (viii) the total number of Class Member asylum applications that have been pending more than 150 days, and the total percentage compared to overall Class Member asylum applications: | 1,122 | 5.2 |
| 3.1.1 (ix) for adjudicated Class Member asylum applications, the average adjudication time (in days) from filing to completion: | 320 | n/a |
| 3.1.1 (x) for pending Class Member asylum applications, the average number of days from filing that those cases have been pending: | 591 | n/a |
| 3.3 (i) the total number of Class Member asylum applications that were received on or after February 2, 2024: | 1,160 | n/a |
| 3.3 (ii) the total number and percentage of Class Member asylum applications received on or after February 2, 2024, that are pending more than 150 days: | 23 | 2.0 |
| 3.3 (iii) the total number and percentage of Class Member asylum applications received on or after February 2, 2024, that are pending less than 150 days: | 183 | 15.8 |
| 3.3 (iv) the total number and percentage of Class Member asylum applications received on or after February 2, 2024, that have been adjudicated: | 954 | 82.2 |
| 3.3 (v) the total number and percentage of Class Member asylum applications received on or after February 2, 2024, that were adjudicated within 150 days or less of being filed: | 932 | 80.3 |
| 3.3 (vi) the total number and percentage of Class Member asylum applications received on or after February 2, 2024, that were adjudicated more than 150 days after being filed: | 22 | 1.9 |

Table 1 Notes:
1) The report reflects the most up-to-date data available at the time the system was queried.
2) Adjudicated is defined as the date a grant, denial or referral is served upon the applicant or the date of the administrative close. Reopened cases are excluded.
3) Processing time is represented by the elapsed number of calendar days between date of filing and date of decision service, date of administrative close, or date of data extract if the application is still pending.
4) Sections 3.3 (iii) and 3.3 (V) include pending cases that were at 150 days.
5) Per sections 3.3(i), 3.3(ii), and 3.3(vi), approximately 3.9% of applications filed on or after February 2, 2024, have exceeded 150 days.

Parameters:
Form: I-589
Special Group Code: OAW

Data Source: eCISCOR GLOBAL / Asylum Division

EXHIBIT B