**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HEZBULLAH KAZIMI, *Plaintiff*, v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, *Defendants*. | Civil Action No. 1:24-cv-00340 *(Electronic Filing)* |

**[PROPOSED] ORDER DISMISSING THE COMPLAINT
FOR LACK OF SUBJECT MATTER JURISDICTION**

Having considered the requested briefings by the parties in response to this Court's Order to Show Cause, it is hereby ordered that Plaintiff's Complaint be **DISMISSED** under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Judge Susan P. Baxter
United States District Court Judge