IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEZBULLAH KAZIMI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-CV-340 |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY ("DHS"), et al,) | |
| ) | |
| Defendants. ) | |

**O R D E R**

AND NOW, this 29th day of January 2025;

IT IS HEREBY ORDERED that, until such time as this Court determines whether subject matter jurisdiction is present, all briefing deadlines are held in abeyance and the hearing on the motion for preliminary injunction, currently scheduled for February 7, 2025, is postponed.

IT IS FURTHER ORDERED that Plaintiff's Motion for Pre-Approval of Out-of-Pocket Expenses and to Approve Remote Translation Services, ECF No. [18], is denied without prejudice, to be renewed at a later time to the extent future circumstances may so warrant.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

1